

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-19-00434-CV

**IN THE INTEREST OF N.A.T.**, D.T., S.T., and B.L.W., Children

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 18-08-0730-CVA
Honorable Bob Brendel, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE CHAPA, AND JUSTICE RODRIGUEZ

In accordance with this court's opinion of this date, the trial court's termination order is AFFIRMED and appointed counsel's motion to withdraw is DENIED.

We order that no costs be assessed against the appellant because she is indigent.

SIGNED December 11, 2019.

_____
Rebeca C. Martinez, Justice